**Order filed July 22, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01132-CV

_____

**JOHNNY COLLUMS AND TINA COLLUMS, Appellants**

**V.**

**FORD MOTOR COMPANY, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1007240**

## O R D E R

The clerk's record was filed January 8, 2014. Our review has determined that relevant items have been omitted from the clerk's record. The record does not contain documents necessary to demonstrate the judgment being appealed is final. Accordingly, we issue the following order. *See* Tex. R. App. P. 34.5(c).

The Harris County Clerk is directed to file a supplemental clerk's record on or before **August 1, 2014**, containing the following:

1. Appellant's motion for partial nonsuit of claims against Stockman Motor, Inc. d/b/a Select Ford Mercury filed on or about August 16, 2013; and

2. The order granting a non-suit of claims against Stockman Motor, Inc. d/b/a Select Ford Mercury signed on or about August 21, 2013.

If any omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM